TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00356-CV

Texas Property and Casualty Insurance Guaranty Association, Appellant

v.

Texas Municipal League Intergovernmental Risk Pool; and City of Pharr, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-12183, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

 Appellant has filed a motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 42.1(a)(2). 

 The appeal is dismissed.

 _______________________________________

 Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: March 11, 1999

Do Not Publish